```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 19-05263-HWV
Roberta Lyn Hoy                                                       Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke              Page 1 of 1            Date Rcvd: Jan 24, 2020
                            Form ID: ntcnfhrg            Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
```
db              +Roberta Lyn Hoy,    154 Needlewood Drive, Unit D4,    Harrisburg, PA 17112-8714
5280485        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company,    PO Box 62180,
                  Colorado Springs, CO 80962-4400)
5280487         +Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 20:16:01
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5290225          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:14:54
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,     PO Box 71083,
                  Charlotte, NC 28272-1083
5280483          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:14:00
                  Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5282705          E-mail/Text: mrdiscen@discover.com Jan 24 2020 20:10:27       Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5280484          E-mail/Text: mrdiscen@discover.com Jan 24 2020 20:10:27       Discover Financial Services, LLC,
                  PO Box 3025,    New Albany, OH 43054-3025
5280486         +E-mail/Text: unger@members1st.org Jan 24 2020 20:11:42       Members 1st Federal Credit Union,
                  5000 Louise Drive,    PO Box 40,    Mechanicsburg, PA 17055-0040
5280878         +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:14:46       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5280488          E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:14:46       Synchrony Bank / Care Credit,
                  Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
5280489          E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:13:52       Synchrony Bank / Lowe's,
                  Attn: Bankruptcy Department,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                             TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5281598*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                  Detroit, MI 48255-0953)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Roberta Lyn Hoy pmurphy@dplglaw.com,
                kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Roberta Lyn Hoy,             Chapter     13

**Debtor 1**

Case No.     1:19–bk–05263–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 11, 2020 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 24, 2020 |

ntcnfhrg (03/18)