```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 19-05263-HWV
Roberta Lyn Hoy                                             Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: AutoDocke       Page 1 of 1           Date Rcvd: May 13, 2020
                           Form ID: orcnfpln      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db              +Roberta Lyn Hoy,    154 Needlewood Drive, Unit D4,    Harrisburg, PA 17112-8714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
            Paul Donald Murphy-Ahles    on behalf of Debtor 1 Roberta Lyn Hoy pmurphy@dplglaw.com,
             kgreene@dplglaw.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Roberta Lyn Hoy,                                    Chapter            13

      **Debtor 1**

Case No.            1:19–bk–05263–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 2, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:  May 13, 2020                         By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)