# UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Roberta Lyn Hoy<br>**Debtor 1**<br><br>CAB East, LLC by Ford Motor Credit Company, LLC<br>**Movant(s)**<br>v.<br>Roberta Lyn Hoy<br><br>**Respondent(s)**<br>Jack N. Zaharopoulus, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 30 |

### DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Roberta Lyn Hoy, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted

5. Admitted.

6. Denied. Debtor(s) have maintained insurance on the vehicle as required by the Lease.

7. Paragraph 7 contains a conclusion of law to which no response is required.

8. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 8; therefore, it is denied.

9. Admitted.

10. Admitted.

11. Admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

12. Admitted in part, denied in part. It is admitted that Debtor(s) have defaulted on the lease, and Debtor(s) stand ready to bring their account current per stipulation terms agreeable the parties. It is denied that Movant(s) have incurred fees and costs incurred with the filing of the Motion; therefore, they are denied.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: October 4, 2021

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Roberta Lyn Hoy<br>**Debtor 1**<br><br>CAB East, LLC by Ford Motor Credit Company, LLC<br>**Movant(s)**<br>v.<br>Roberta Lyn Hoy<br><br>**Respondent(s)**<br>Jack N. Zaharopoulus, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 30 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, October 4, 2021, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Howard Gershman, Esquire
GERSHMAN LAW OFFICES, PC
610 York Road, Suite 200
Jenkintown, PA 19046
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire