**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Roberta Lyn Hoy<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:19-BK-05263-HWV<br>**Matter:** Motion to Incur Debt/Obtain Credit |

### DEBTOR(S)' MOTION TO INCUR DEBT

AND NOW, come the Debtor(s), Roberta Lyn Hoy, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Incur Debt/Obtain Credit and aver as follows:

1. This case was commenced by the filing on December 10, 2019 of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor(s) have obtained a pre-approval for the refinance of their personal residence located at 154 Needlewood Drive, Unit D4, Harrisburg, Dauphin County, Pennsylvania.

3. A refinance of the personal residence will pay both mortgages in full and allow Debtor(s) to make one monthly payment for the residence rather than two.

4. Debtor(s) have obtained approval for financing from American Financing Corporation located in Aurora, Colorado.

5. It is estimated that the monthly payments on the mortgage will be approximately $1,390.00 per month, including escrow for real estate taxes and homeowner's insurance, for 360 months. The interest rate on the mortgage note will be 4.625%. A true and correct copy of the Loan Estimate is attached hereto and incorporated as Exhibit "A".

6. The estimated payment of the refinance lowers Debtor(s)' monthly mortgage payment.

7. Debtor(s) intend to make all payments on the mortgage note outside the Chapter 13 plan in this case.

8. For all the reasons set out above, Debtor(s) believes that the granting of this Motion will not materially or adversely affect the interests of any creditor, nor Debtor(s)' prospects for successful completion of the Chapter 13 Plan in this case, and will instead permit Debtor(s) to purchase a personal residence for he and his spouse which is necessary for the Debtor(s) to live in, and hence necessary for the successful completion of the Chapter 13 Plan in this case.

WHEREFORE, Debtor(s) moves this Honorable Court for leave to incur the new debt described above and prays for such other and further relief as the Court deems just and proper.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: August 2, 2022

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# American Financing Corporation
3045 S Parker Road Building B Ste 100, Aurora, CO 80014

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | |
|---|---|
| **DATE ISSUED** | 7/22/2022 |
| **APPLICANTS** | Roberta Hoy |
| | 154 Needlewood Dr |
| | Harrisburg, PA 17112 United States |
| **PROPERTY** | 154 Needlewood Dr |
| | Harrisburg, PA 17112 |
| **EST. PROP. VALUE** | $350,000 |

| | |
|---|---|
| **LOAN TERM** | 30 years |
| **PURPOSE** | Refinance |
| **PRODUCT** | Fixed Rate |
| **LOAN TYPE** | ☐ Conventional ☒ FHA ☐ VA ☐ _____ |
| **LOAN ID #** | |
| **RATE LOCK** | ☒ NO ☐ YES, until |

Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **8/3/2022** at 4:30 p.m. MDT

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $202,991 | **NO** |
| **Interest Rate** | 4.625% | **NO** |
| **Monthly Principal & Interest** *See Projected Payments below for your Estimated Total Monthly Payment* | $1,043.66 | **NO** |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

| Projected Payments | | |
|---|---|---|
| **Payment Calculation** | **Years 1 - 11** | **Years 12 - 30** |
| Principal & Interest | $1,043.66 | $1,043.66 |
| Mortgage Insurance | + 132 | + ____ |
| Estimated Escrow *Amount can increase over time* | + 210 | + 210 |
| **Estimated Total Monthly Payment** | **$1,386** | **$1,254** |

| **Estimated Taxes, Insurance & Assessments** *Amount can increase over time* | $210 a month | **This estimate includes** ☒ Property Taxes ☒ Homeowner's Insurance ☐ Other: *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | **In escrow?** YES YES |
|---|---|---|---|

## Costs at Closing

| **Estimated Closing Costs** | $12,110 | Includes $10,490 in Loan Costs + $1,700 in Other Costs -$80 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| **Estimated Cash to Close** | $17,881 | Includes Closing Costs *See Calculating Cash to Close on page 2 for details.* ☐ From ☒ To Borrower |

Visit www.consumerfinance.gov/mortgage-estimate for general information and tools.

Page 1

★ DocMagic



## Closing Cost Details

### Loan Costs

| **A. Origination Charges** | | **$3,758** |
|---|---|---|
| % of Loan Amount (Points) | | |
| Admin Fee | | $390 |
| Doc Prep | | $378 |
| Loan Origination Fee | | $1,995 |
| Processing Fee | | $600 |
| Underwriting Fee | | $395 |

| **B. Services You Cannot Shop For** | **$4,546** |
|---|---|
| Appraisal Fee | $750 |
| Credit Report Fee | $65 |
| Flood Certification | $15 |
| Mortgage Insurance Premium | $3,491 |
| Title - Cpl and 8.1 Endorsement | $225 |

| **C. Services You Can Shop For** | **$2,186** |
|---|---|
| Title - Comp 9.0 Endorsement | $125 |
| Title - Lender's Title Policy | $1,586 |
| Title - Settlement Or Closing Fee | $475 |

| **D. TOTAL LOAN COSTS (A + B + C)** | **$10,490** |
|---|---|

### Other Costs

| **E. Taxes and Other Government Fees** | | **$202** |
|---|---|---|
| Recording Fees and Other Taxes | | $202 |
| Transfer Taxes | | |

| **F. Prepaids** | | **$386** |
|---|---|---|
| Homeowner's Insurance Premium (　months) | | |
| Mortgage Insurance Premium (　months) | | |
| Prepaid Interest ($25.72 per day for 15 days @ 4.625%) | | $386 |
| Property Taxes (　months) | | |

| **G. Initial Escrow Payment at Closing** | | **$1,112** |
|---|---|---|
| Homeowner's Insurance | $75.00 per month for 4 mo. | $300 |
| Mortgage Insurance | per month for　mo. | |
| Property Taxes | $135.40 per month for 6 mo. | $812 |

| **H. Other** | |
|---|---|

| **I. TOTAL OTHER COSTS (E + F + G + H)** | **$1,700** |
|---|---|

| **J. TOTAL CLOSING COSTS** | **$12,110** |
|---|---|
| D + I | $12,190 |
| Lender Credits | -$80 |

### Calculating Cash to Close

| Loan Amount | $202,991 |
|---|---|
| Total Closing Costs (J) | -$12,110 |
| Estimated Total Payoffs and Payments | -$173,000 |
| **Estimated Cash to Close ☐ From ☒ To Borrower** | **$17,881** |
| **Estimated Closing Costs Financed** (Paid from your Loan Amount) | $12,110 |



# Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | American Financing Corporation | **MORTGAGE BROKER** | |
| **NMLS/PA LICENSE ID** | 182334/44348 | **NMLS/PA LICENSE ID** | |
| **LOAN OFFICER** | Ignacio Gomez | **LOAN OFFICER** | |
| **NMLS/PA LICENSE ID** | 740158/69315 | **NMLS/PA LICENSE ID** | |
| **EMAIL** | ignacio.gomez@americanfinancing.net | **EMAIL** | |
| **PHONE** | (303) 557-4298 | **PHONE** | |

| **Comparisons** | | Use these measures to compare this loan with other loans. |
|---|---|---|
| **In 5 Years** | $81,149 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $17,601 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 5.56% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 85.28% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

## Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than *15* days late, we will charge a late fee of *4% of the overdue payment of Principal and Interest (P&I)*. |
| **Loan Acceptance** | You do not have to accept this loan because you have received this form or signed a loan application. |
| **Liability after Foreclosure** | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend:<br>☐ to service your loan. If so, you will make your payments to us.<br>☒ to transfer servicing of your loan. |




**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Roberta Lyn Hoy<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion to Incur/Obtain Debt |

### NOTICE

Notice is hereby given that:

The Debtor(s) filed a Chapter 13 Bankruptcy Petition on **December 20, 2019**.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building**<br>**Bankruptcy Courtroom (3rd Floor)**<br>**Third & Walnut Streets**<br>**Harrisburg, PA 17101** | **Date: August 23, 2022**<br><br>**Time: Hearing Time AM/PM** |

Any objection/response to the above-referenced matter must be filed and served on or before **August 16, 2022**.

If service was property made and Respondent(s) fail to file any objection/response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

| | |
|---|---|
| Date: August 2, 2022 | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Roberta Lyn Hoy<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s) Motion to Incur Debt/Obtain Credit, said Motion IS HEREBY GRANTED, and the Debtor(s) is permitted to obtain financing from American Financing Corporation for the purpose of refinancing a personal residence for Debtor(s), up to the loan amount of $205,000.00 at an interest rate of 5.50% or less.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Roberta Lyn Hoy<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 2, 2022, I served a true and correct copy of the **Debtor(s)' Motion to Incur Debt/Obtain Credit, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing              PRA Receivables Management, LLC           U.S. Bankruptcy Court
0314-1                                        PO Box 41021                              Ronald Reagan Federal Building
Case 1:19-bk-05263-HWV                        Norfolk, VA 23541-1021                    228 Walnut St, Rm 320
Middle District of Pennsylvania                                                         Harrisburg, PA 17101-1737
Harrisburg
Tue Aug  2 14:50:23 EDT 2022

Capital One Bank (USA), N.A.                  Capital One Bank USA, NA                  Department Stores National Bank
by American InfoSource as agent               PO Box 80285                              c/o Quantum3 Group LLC
PO Box 71083                                  Salt Lake City, UT 84130-0285             PO Box 657
Charlotte, NC  28272-1083                                                               Kirkland, WA  98083-0657


Discover Bank                                 Discover Financial Services, LLC          (p)FORD MOTOR CREDIT COMPANY
Discover Products Inc                         PO Box 3025                               P O BOX 62180
PO Box 3025                                   New Albany, OH 43054-3025                 COLORADO SPRINGS CO 80962-2180
New Albany, OH  43054-3025


(p)JEFFERSON CAPITAL SYSTEMS LLC              Members 1st Federal Credit Union          MidFirst Bank
PO BOX 7999                                   5000 Louise Drive                         999 Northwest Grand Boulevard
SAINT CLOUD MN 56302-7999                     PO Box 40                                 Oklahoma City, OK 73118-6051
                                              Mechanicsburg, PA 17055-0040


Midland Mortgage Co.                          (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Synchrony Bank
PO Box 26648                                  PO BOX 41067                              c/o PRA Receivables Management, LLC
Oklahoma City, OK 73126-0648                  NORFOLK VA 23541-1067                     PO Box 41021
                                                                                        Norfolk VA 23541-1021


Synchrony Bank / Care Credit                  Synchrony Bank / Lowe's                   United States Trustee
Attn: Bankruptcy Department                   Attn: Bankruptcy Department               228 Walnut Street, Suite 1190
PO Box 965060                                 PO Box 965061                             Harrisburg, PA 17101-1722
Orlando, FL 32896-5060                        Orlando, FL 32896-5061


Verizon                                       (p)JACK N  ZAHAROPOULOS                  Paul Donald Murphy-Ahles
by American InfoSource as agent               ATTN CHAPTER 13 TRUSTEE                   Dethlefs Pykosh & Murphy
PO Box 4457                                   8125 ADAMS DRIVE SUITE A                  2132 Market Street
Houston, TX  77210-4457                       HUMMELSTOWN PA 17036-8625                 Camp Hill, PA 17011-4706


Roberta Lyn Hoy
154 Needlewood Drive, Unit D4
Harrisburg, PA 17112-8714
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company                     (d)Ford Motor Credit Company LLC          Jefferson Capital Systems LLC
PO Box 62180                                  Dept. 55953                               Po Box 7999
Colorado Springs, CO 80962-4400               PO Box 55000                              Saint Cloud Mn 56302-9617
                                              Detroit, MI 48255-0953
```

Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

Jack N Zaharopoulos (Trustee)  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CAB East LLC/Ford Motor Credit Company LLC

(u)MidFirst Bank

(d)Synchrony Bank  
c/o PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

End of Label Matrix  
Mailable recipients    21  
Bypassed recipients     3  
Total                  24