| In re: | Case No. 19-05263-HWV |
|---|---|
| Roberta Lyn Hoy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: fnldecnd | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roberta Lyn Hoy, 154 Needlewood Drive, Unit D4, Harrisburg, PA 17112-8714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 18:44:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5290225 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 18:43:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5280483 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 18:43:59 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5298975 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 18:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5282705 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5280484 | | Email/Text: mrdiscen@discover.com | Feb 26 2025 18:40:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5281598 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 18:40:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5280485 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 18:40:00 | Ford Motor Credit Company, PO Box 62180, Colorado Springs, CO 80962-4400 |
| 5298852 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2025 18:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5280486 | + | Email/Text: unger@members1st.org | Feb 26 2025 18:40:00 | Members 1st Federal Credit Union, 5000 Louise Drive, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5296747 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 26 2025 18:44:12 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5280487 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 26 2025 18:44:13 | Midland Mortgage Co., PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5294359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 18:44:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5280488 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 18:44:19 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5280489 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 18:44:21 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5280878 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 18:44:12 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 32896-5061 |
| 5299303 | | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 18:44:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5300612 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com |
| Howard Gershman | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Roberta Lyn Hoy pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Roberta Lyn Hoy, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−05263−HWV |

Social Security No.:
    xxx−xx−7063

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Roberta Lyn Hoy** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 26, 2025

**fnldec** (01/22)