# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Roberta Lynn Hoy<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion to Reopen Chapter 13 Case |

## DEBTOR(S)' MOTION TO REOPEN CHAPTER 13 CASE

AND NOW, come the Debtor(s), Roberta Lynn Joy, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who moves to reopen the above-referenced Chapter 13 case and aver as follows:

1. Debtor(s) filed a Chapter 13 case on December 10, 2019.

2. On February 26, 2025, the Bankruptcy Court issued a Final Decree closing the case. Debtor(s) did not receive a discharge because they failed to complete and file Official Form 2830.

3. Debtor(s) seeks to reopen their Chapter 13 case pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010 in order to file Official Form 2830 and receive a discharge in their bankruptcy.

WHEREFORE, Debtor(s) respectfully requests that the Court enter an Order in the form of the attached proposed Order, directing that this case be reopened.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: March 17, 2025

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Roberta Lynn Hoy<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-05263-HWV<br><br>**Matter:** Motion to Reopen Chapter 13 Case |

**ORDER OF COURT**

UPON CONSIDERATION of Debtor(s)' Motion to Reopen Chapter 13 Case, and good cause having been shown, IT IS ORDERED that this case is reopened and appearing that a Trustee is unnecessary; and IT IS FURTHER ORDERED that the Office of the United States Trustee NOT appoint a disinterested person to serve as Trustee in the case. IT IS FURTHER ORDERED that Debtor(s) must file their discharge requirements within three (3) days of the date of this Order. Should Debtor(s) fail to file their requirements within the time prescribed by this Order, this case will be re-closed without further notice and without discharge.